**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 08-7664**

_____

JEROME JULIUS BROWN, SR., U.S. Bounty #1014 U.S.A.,

        Petitioner – Appellant,

    v.

OFFICE OF THE ATTORNEY GENERAL, et seq; JOHN JOSEPH CURRAN,
JR., The Attorney General of the State of Maryland; CLARENCE
E. GOETZ, CID,

        Respondents – Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Benson Everett Legg, Chief District
Judge.  (1:07-cv-00906-BEL)

_____

Submitted:  April 9, 2009        Decided:  May 6, 2009

_____

Before NIEMEYER, TRAXLER, and SHEDD, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Jerome Julius Brown, Sr., Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jerome Julius Brown, Sr., seeks to appeal the district court's order dismissing his 28 U.S.C. § 2254 (2006) petition. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties in a civil case are required to file the notice of appeal within thirty days after the judgment or order appealed from is entered, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). This appeal period is mandatory and jurisdictional. Bowles v. Russell, 551 U.S. 205 (2007).

The district court's order was entered on the civil docket on May 21, 2007, and it was entered for purposes of Fed. R. App. P. 4(a) on October 18, 2007. See Fed. R. App. P. 4(a)(7). The notice of appeal was filed on July 29, 2008. Because Brown failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we deny leave to proceed in forma pauperis and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2